DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JUSTIN A. SHIROFF, ESQ
Nevada Bar No. 12869
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: deverie.christensen@jacksonlewis.com
Email: justin.shiroff@jacksonlewis.com

*Attorney for Defendant*
*Nieman Marcus Group.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK MIDDLETON, an individual<br><br>Plaintiff,<br><br>v.<br><br>NIEMAN MARCUS GROUP<br><br>Defendants. | Case No. 2:25-cv-01530-GMN-BNW<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION PENDING ARBITRATION** |

IT IS HEREBY STIPULATED by and between Plaintiff Patrick Middleton ("Plaintiff"), by and through her counsel, Hatfield & Associates, and Defendants Nieman Marcus Group ("Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., as follows:

1.      Defendant contends that Plaintiff signed an arbitration agreement and that an arbitration agreement applies to this dispute, and therefore the Parties agree the claims alleged by Plaintiff against Defendants in this action fall within the scope of the arbitration agreement.

2.      Thus, the Parties have agreed that this action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the arbitration agreement, and Plaintiff will initiate arbitration against Defendants with the Judicial Arbitration and Mediation Services, Inc. ("JAMS").

Jackson Lewis P.C.
Las Vegas

3.    All proceedings in this action shall be stayed, and this Court shall retain jurisdiction over the action pending the conclusion of the JAMS arbitration or the Parties' settlement.

4.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case should an arbitration agreement have not been signed by Plaintiff. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case and shall not impair Plaintiff to move to set aside the stipulation if, in fact, Plaintiff did not agree to arbitration.

Dated this 12th day of January, 2026.

HATFIELD & ASSOCIATES, LTD.

/s/ Trevor J. Hatfield
Trevor J. Hatfield # 7373
703 South 8th Street
Las Vegas, Nevada 89101

Attorney for Plaintiff
Patrick Middleton

JACKSON LEWIS P.C.

/s/ Justin A. Shiroff
Deverie J. Christensen, Bar #6596
Justin A. Shiroff, Bar #12869
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

Attorneys for Defendant
Nieman Marcus Group.

IT IS HEREBY ORDERED that this case is STAYED pending the outcome of arbitration proceedings.

IT IS FURTHER ORDERED that the parties must file a Joint Status Report on June 8, 2026, and every 90 days thereafter, informing the Court of the status of the arbitration proceeding.

DATED this _10_ day of March, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT